IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00422-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

EDWARD LEE HICKS,

	Plaintiff,

v.

JEFFERSON COUNTY SHERIFF DEPARTMENT (JCSD),
SHERIFF TED MINKS,
DEPUTY SHERIFF SGT. RENFRO,
DEPUTY SHERIFF SGT. ANDERSON,
DEPUTY SHERIFF SGT. WEB,
DEPUTY SHERIFF JIM MERRIL,
DEPUTY SHERIFF KEMP,
COUNTY JAIL COUNSELOR TAWNIE (Last Name Unknown),
MIKE FISH,
COLORADO DEPARTMENT OF CORRECTIONS (CDOC),
TOM CLEMENTS, Executive Dir. of CDOC,
TIM HAND, Assist. Dir. of Parole Community Correction Div.,
SUSAN KELLER, Community Parole Officer,
CATHY HOIST, ADA Inmate Coordinator,
JULIE RUSSELL, ADA Inmate Coordinator/Legal Services,
S. STEINBECK, ADA Coordinator at AVCF, and
MRS. NELSON, HSA for AVCF,

	Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a "Prisoner's Civil Rights Complaint Pursuant to 28 USC §1343, 42 USC §1983 and CRCP Rule 98(c)(1)," a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a "Motion for Service of Process

Pursuant to Rule 4 FRCP Under IFP," and a "Motion for Discovery Pursuant to Rule 26, FRCP." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: (Account statement submitted is not certified by an appropriate official of Plaintiff's penal institution.)
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) _X_ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 4, 2011, at Denver, Colorado.

          BY THE COURT:

          s/ Boyd N. Boland
          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00422-BNB

Edward Lee Hicks
Prisoner No. 131164
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and of the Prisoner Complaint forms** to the above-named individuals on March 4, 2011.

GREGORY C. LANGHAM, CLERK

By:______________________
Deputy Clerk