IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-00422-WJM

EDWARD LEE HICKS

    Plaintiff(s),
v.

MR. ANDERSON, Individual and Official Capacity, Acting Sgt,
JOHN DOE, Individual and Official Capacity, Acting Booking Deputy,
MR. KEMP, Individual and Official Capacity, Acting Deputy,
COUNSELOR TAWNIE, Last Name Unknown, Individual and Official Capacity, Acting Counselor,
SUSAN KELLER, Individual and Official Capacity, Acting Comm. Corr. Parole Officer,
CATHY HOLST, Individual and Official Capacity, Acting AIC/ADA Legal Assistant,
JULIE RUSSELL, Individual and Official Capacity, Acting AIC/ADA Legal Assistant,
S. STEINBECK, Individual and Official Capacity, Acting AVCF ADA Coordinator, and
MS. NELSON, Individual and Official Capacity, Acting HSA for AVCF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 4 2011

GREGORY C. LANGHAM
                           CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated this 24th day of June, 2011.

BY THE COURT:

William J. Martinez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00422-WJM-KMT

Edward Lee Hicks
Prisoner No. 131164
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

US Marshal Service
Service Clerk
Service forms for: Mr. Anderson, Mr. Kemp, Counselor Tawnie, and Cathie Holst

Susan Keller, Julie Russell,
S. Steinbeck, and Ms. Nelson - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Susan Keller, Julie Russell, S. Steinbeck, and Ms. Nelson; to the United States Marshal Service for service of process on Mr. Anderson, Mr. Kemp, Counselor Tawnie, and Cathie Holst: AMENDED COMPLAINT FILED 6/03/11, ORDER FILED 6/23/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  6/24/11  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk