IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00422–WJM–KMT

EDWARD LEE HICKS,

    Plaintiff,

v.

MR. ANDERSON, Individual and Official Capacity, Acting Sgt,
JOHN DOE, Individual and Official Capacity, Acting Booking Deputy,
MR. KEMP, Individual and Official Capacity, Acting Deputy,
COUNSEL TAWNIE, Last Name Unknown, Individual and Official Capacity, Acting Counselor,
SUSAN KELLER, Individual and Official Capacity, Acting Comm. Corr. Parole Officer,
CATHY HOLST, Individual and Official Capacity, Acting AIC/ADA Legal Assistant,
JULIE RUSSELL, Individual and Official Capacity, Aciting AIC/ADA Legal Assistant,
S. STEINBECK, Individual and Official Capacity, Acting AVCF-ADA Coordinator, and
MS. NELSON, Individual and Official Capacity, Acting HSA for AVCF,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion Requesting the Subpoena of Records from a Third Party – Intervention Community Corrections Services (ICCS)." (Doc. No. 80, filed Mar. 13, 2012.) Plaintiff appears to be requesting a subpoena for the production of documents pursuant to Fed. R. Civ. P. 45(a). Plaintiff's Motion (Doc. No. 80) is GRANTED. The Clerk of Court shall send Plaintiff a signed subpoena, featuring the caption of this case, directed to:

    Intervention Community Corrections Facility (ICCS)
    1651 Kendall Street
    Lakewood, CO 80214

Plaintiff is advised that he, rather than the court, is responsible for properly (1) completing the remaining portions of the subpoena and (2) serving the subpoena on Intervention Community Corrections Facility consistent with Fed. R. Civ P. 45(b).

Dated: March 14, 2012