**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-0422-WJM-KMT

EDWARD LEE HICKS,

    Plaintiff,

v.

MR. ANDERSON, Individual and Official Capacity, Acting Sgt.,
JOHN DOE, Individual and Official Capacity, Acting Booking Deputy,
MR. KEMP, Individual and Official Capacity, Acting Deputy,
COUNSELOR TAWNIE, Last Name Unknown, Individual and Official Capacity, Acting Counselor,
SUSAN KELLER, Individual and Official Capacity, Acting Comm. Corr. Parole Officer,
CATHY HOLST, Individual and Official Capacity, Acting AIC/ADA Legal Assistant,
JULIE RUSSELL, Individual and Official Capacity, Acting AIC/ADA Legal Assistant,
S. STEINBECK, Individual and Official Capacity, Acting AVCF ADA Coordinator, and
MS. NELSON, Individual and Official Capacity, Acting HSA for AVCF

    Defendants.

---

**ORDER GRANTING THE STIPULATED MOTION TO DISMISS ALL CLAIMS
AGAINST DEFENDANTS ANDERSON, DOE, KEMP, AND TAWNIE**

---

This matter is before the Court on the April 2, 2012 Stipulated Motion to Dismiss All Claims Against Defendants Anderson, Doe, Kemp, and Tawnie (the "Stipulated Motion"). (ECF No. 85.) Plaintiff Edward Lee Hicks, proceeding *pro se*, and Defendants Mr. Anderson, John Doe, Mr. Kemp, and Counselor Tawnie (collectively, the "Jefferson County Defendants") have stipulated to the dismissal with prejudice of all claims raised by Plaintiff against the Jefferson County Defendants in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Stipulated Motion was

signed by Plaintiff and counsel for the Jefferson County Defendants, but was not signed by the remaining non-Jefferson County Defendants.

Because the remaining, non-Jefferson County Defendants did not sign the Stipulated Motion, it appears that it does not comply with Fed. R. Civ. P. 41(a)(1)(A)(ii), which requires a stipulation of dismissal to be signed by all parties who have appeared. However, the Court finds it proper, based on the facts outlined therein, to grant the Stipulated Motion pursuant to Fed. R. Civ. P. 41(a)(2).[1]

Accordingly, it is hereby ORDERED as follows:

(1)     The Stipulated Motion to Dismiss All Claims Against Defendants Anderson, Doe, Kemp, and Tawnie (ECF No. 85) is GRANTED;

(2)     All claims against Defendants Anderson, Doe, Kemp, and Tawnie are DISMISSED WITH PREJUDICE; and

(3)     The parties and the Clerk are DIRECTED TO delete the names of these dismissed Defendants from the caption in all future filings in this case.

Dated this 19th day of April, 2012.

BY THE COURT:

William J. Martinez
United States District Judge

---

[1] The Court also notes that the non-Jefferson County Defendants have not responded or objected to the Stipulated Motion.