IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00422–WJM–KMT

EDWARD LEE HICKS,

    Plaintiff,

v.

SUSAN KELLER, Individual and Official Capacity, Acting Comm. Corr. Parole Officer,
CATHY HOLST, Individual and Official Capacity, Acting AIC/ADA Legal Assistant,
JULIE RUSSELL, Individual and Official Capacity, Aciting AIC/ADA Legal Assistant,
S. STEINBECK, Individual and Official Capacity, Acting AVCF-ADA Coordinator, and
MS. NELSON, Individual and Official Capacity, Acting HSA for AVCF,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Amend Scheduling Order" (Doc. No. 117, filed Oct. 10, 2012) is GRANTED. The court finds that Plaintiff has demonstrated good cause for an extension of the discovery and other related Scheduling Order deadlines. *See* Fed. R. Civ. P. 16(b)(4). Specifically, the fact that Plaintiff's discovery efforts thus far have not uncovered critical information regarding the decision-making process that resulted in the denial of a replacement hearing aid, as well as the individual(s) responsible for that decision, establishes good cause for additional discovery. The court further notes that upon entering their appearances, Plaintiff's *pro bono* counsel requested only a relatively modest two-month extension of the Scheduling Order deadlines in order to "get up to speed." Altogether, an additional 90-day extension appears warranted and, notably, will not prejudice Defendants.

Accordingly, the Discovery Deadline is extended to January 24, 2013; the Dispositive Motions Deadline is extended to February 25, 2013; and the Final Pretrial Conference is **reset** for April 29, 2013 at 10:00 a.m. The parties shall file a proposed Final Pretrial Order no later than April 22, 2013.

Dated: October 30, 2012