IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00422–RM–KMT

EDWARD LEE HICKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff Edward Lee Hicks's Letter requesting copies of any motions or orders filed in this case between May 6, 2013 and May 10, 2013. (Doc. No. 144, filed May 14, 2013.)  Plaintiff has been represented by counsel in this matter since May 31, 2012. (*See* Doc. No. 106.)  As this court has previously stated (*see* Doc. No. 137), a party represented by counsel may not file *pro se* pleadings or motions.  *See* D.C.COLO.LCivR 11.1A; *Weinstock v. City of Aspen, Colo.,* No. 06-cv-01593-PSF-CBS, 2007 WL 1810525, at *2 (D. Colo. June 22, 2007) (unpublished).  Accordingly, Plaintiff's Letter (Doc. No. 144) is STRICKEN.  Plaintiff may seek the requested motions and orders through his attorneys.  Plaintiff's counsel is directed to forward a copy of this Minute Order to Plaintiff.

Dated: May 17, 2013