**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No: 11-cv-00422-RM-KMT | Date: June 11, 2013 |
| Courtroom Deputy: Nick Richards | FTR: Courtroom C-201 |

| | |
|---|---|
| EDWARD LEE HICKS, | Elizabeth Leigh Harris |
| | Katherine Berit Johnson |
| Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF CORRECTIONS, | Jacquelynn Nichole Rich Fredericks |
| | James Quinn |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**
**1:35 p.m.    Court in session.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Enforce Settlement Agreement [Doc. No. 139, filed May 6, 2013].

Oral argument by Plaintiff's counsel.
Oral argument by Defendant's counsel.

The Court is in receipt of Administrative Regulations 200-02, 200-015, and 250-18.

**ORDERED**:   Plaintiff's Motion to Enforce Settlement Agreement [139] is **DENIED** as stated on the record. There was no meeting of the minds during the settlement negotiations and therefore no settlement was reached.

Plaintiff's counsel makes an oral motion to extend the discovery cutoff and an oral motion for additional interrogatories and requests for production of documents. Defense counsel objects to both oral motions.

**ORDERED**:   Plaintiff's oral motion to extend the discovery cutoff and oral motion for additional interrogatories and requests for production of documents are **GRANTED**. The discovery cutoff deadline is set for August 12, 2013. Each side shall be allowed an additional 15 interrogatories and 10 requests for production of documents.

Discussion regarding Defendants' Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 [Doc. No. 141, filed May 10, 2013].

**ORDERED**: Defendants' Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 [141] is **WITHDRAWN** without prejudice. Defendant may either file a new motion or an altered motion on or before the new dispositive motion deadline..

Discussion regarding extending the dispositive motion deadline.

**ORDERED**: The dispositive motion deadline is reset to September 12, 2013.

**ORDERED**: Defense counsel shall file a (stipulated) motion to reinstate certain defendants on or before June 18, 2013.

**ORDERED**: The Final Pretrial Conference currently set for July 1, 2013 at 9:30 a.m. is **VACATED** and reset for November 21, 2013 at 9:45 a.m. Counsel shall file their proposed Final Pretrial Order on or before November 14, 2013.

**3:43 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    02:08

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.