IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00422–RM–KMT

EDWARD LEE HICKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendants' Unopposed Motion to Depose Incarcerated Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B)" (Doc. No. 158, filed July 25, 2013) is GRANTED.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the court grants Defendants leave to take Plaintiff's deposition at Limon Correctional Facility, or at any other facility in the Colorado Department of Corrections (CDOC) where Plaintiff may subsequently moved, subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the CDOC and the facility.

Dated: July 29, 2013