## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

**Civil Action No. 11-CV-0422-RM-KMT**

EDWARD LEE HICKS,

      Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

      Defendant.

## ORDER RE JOINT STIPULATED MOTION TO DISMISS

The Court, having reviewed the Joint Stipulated Motion to Dismiss With Prejudice (ECF No. 169) and being fully advised, hereby ORDERS as follow:

1. The Parties' Motion to Dismiss (ECF No. 169) is hereby GRANTED;

2. The above-captioned matter is DISMISSED WITH PREJUDICE; and

3. Each party shall bear his or its own costs and attorneys' fees.

DATED this 23rd day of October, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge